**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|||
|---|---|
| Plaintiff<br>TSMA FRANCHISE SYSTEMS, INC.<br><br>vs<br>Defendant<br>TS OF KINGS HIGHWAY INC., ET AL | DOCKET NO. 2:20-CV-11088-JMV<br><br>**AFFIDAVIT OF SERVICE**<br>(for use by Private Service)<br><br>Cost of Service pursuant to R4:4-30<br>$ _____ |

Person to be served: BRYAN GOTTHOFFER

Address:
131 GRANGE STREET
FRANKLIN SQUARE NY 11010

Attorney:
SATTIRAJU & THARNEY, LLP
50 MILLSTONE RD. BUILDING 300, SUITE 202
EAST WINDSOR NJ 08520

Papers Served:
SUMMONS ON A THIRD-PARTY COMPLAINT, DEFENDANTS' AMENDED ANSWER, SEPARATE DEFENSES, COUNTERCLAIM AND THIRD-PARTY COMPLAINT

---

**Service Data:**

Served Successfully ✓   Not Served ___   Date: 10-6-2020   Time: 4:20pm   Attempts: ___

✓ Delivered a copy to him/her personally

Name of Person Served and relationship/title: Bryan Gotthoffer Personally

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**

Age: 50   Height: 5'4" - 5'8"   Weight: 150-180   Hair: Brown   Sex: Male   Race: White

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                    _____ Date _____ Time _____
                    _____ Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

I, Thomas M. Acleo, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this 7th day of October, 2020

_Notary Signature_

Signature of Process Server   Date 10-7-2020

Thomas M. Acleo

ADAM C MUHLEMAN
Notary Public, State of New York
No. 01MU6271533
Qualified in Suffolk County
Commission Expires 11/19/20 20

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   513615
File No.   2:20-CV-11088-JMV-JBC


517086

**Plaintiff**
TSMA FRANCHISE SYSTEMS, INC.

vs

**Defendant**
TS OF KINGS HIGHWAY INC., ET AL

Person to be served: ANTHONY VISCOVICH

Address:
16325 22ND AVENUE
WHITESTONE NY 11357

Attorney:
SATTIRAJU & THARNEY, LLP
50 MILLSTONE RD. BUILDING 300, SUITE 202
EAST WINDSOR NJ 08520

Papers Served:
SUMMONS ON A THIRD-PARTY COMPLAINT, THIRD-PARTY COMPLAINT, AMENDED ANSWER, COUNTERCLAIM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOCKET NO. 2:20-CV-11088-JMV

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

**Service Data:**

Served Successfully _X_   Not Served _____   Date: 11/12/2020   Time: 12:34 PM   Attempts: _____

_X_ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title:
Anthony Viscovich
Personally

**Description of Person Accepting Service:**

Age: 40   Height: 5'8"   Weight: 180   Hair: Brown   Sex: Male   Race: White

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____   Date _____   Time _____
                                Date _____   Time _____
                                Date _____   Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
12 day of NOV 2020

_[Notary Signature]_

ROBERT A. ZUFFI, JR.
Notary Public, State of New York
Registration #01ZU6208524
Qualified in Richmond County
Commission Expires July 6, 2021

I, Joseph Miglionico, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[Signature of Process Server]_   11/12/2020

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700   Fax (973) 403-9222

Work Order No.   517086

File No.   2:20-CV-11088-JMV

|||
|---|---|
| **Plaintiff**<br>TSMA FRANCHISE SYSTEMS, INC.<br><br>vs<br>**Defendant**<br>TS OF KINGS HIGHWAY INC., ET AL | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 2:20-CV-11088-JMV<br><br>**AFFIDAVIT OF SERVICE**<br>(for use by Private Service)<br><br>Cost of Service pursuant to R4:4-30<br>$ _____ |

Person to be served: RAYMOND ROUSA

Address:
7316 LAKE FOREST GLEN
LAKEWOOD RANCH FL 34202

Attorney:
SATTIRAJU & THARNEY, LLP
50 MILLSTONE RD. BUILDING 300, SUITE 202
EAST WINDSOR NJ 08520

Papers Served:
SUMMONS ON A THIRD-PARTY COMPLAINT, THIRD-PARTY COMPLAINT, AMENDED ANSWER, COUNTERCLAIM

**Service Data:**

Served Successfully ✓    Not Served ____    Date: 11/13/2020   Time: 12:40p    Attempts: 1

____ Delivered a copy to him/her personally

✓ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title: Ms. Constance Rousa — member of household

**Description of Person Accepting Service:**

Age: 50   Height: 5.4   Weight: 240   Hair: brown   Sex: Female   Race: Cauc

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                                Date _____ Time _____
                                Date _____ Time _____
( ) Other: _____                Comments or Remarks _____

Subscribed and Sworn to me this 14th day of November 2020

*Notary Signature*

KRISTINA GRACE U. SULIMAN
Notary Public - State of Florida
Commission # GG 326247
My Comm. Expires May 5, 2023

I, BARBARA STRAUSS, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Barbara Strauss*
Signature of Process Server    Date 11/14/2020

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700   Fax (973) 403-9222

Work Order No. 517093
File No. 2:20-CV-11088-JMV

519481

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Plaintiff**
TSMA FRANCHISE SYSTEMS, INC.

vs

**Defendant**
TS OF KINGS HIGHWAY INC., ET AL

DOCKET NO. 2:20-CV-11088-JMV

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** MICHAEL SACHS

Cost of Service pursuant to R4:4-30
$ _____

**Address:**
6646 NORTH WEST 127TH TERRACE
PARKLAND FL 33076

**Attorney:**
SATTIRAJU & THARNEY, LLP
50 MILLSTONE RD. BUILDING 300, SUITE 202
EAST WINDSOR NJ 08520

**Papers Served:**
SUMMONS ON A THIRD-PARTY COMPLAINT, THIRD-PARTY COMPLAINT, AMENDED ANSWER, COUNTERCLAIM

**Service Data:**

Served Successfully ✓    Not Served ___    Date: 12/5/20    Time: 1:45 PM    Attempts: 1

✓ Delivered a copy to him/her personally

Name of Person Served and relationship/title

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Age: 50+   Height: 5'8   Weight: 190   Hair: Black   Sex: M   Race: W

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____    Comments or Remarks _____

I, RAmon Quiroz, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this 7 day of Dec. 2020

Notary Signature

Signature of Process Server    12/10/20    Date

Krystal Bedgood
Comm. #HH036670
Expires: Sept. 13, 2024
Bonded Thru Aaron Notary

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   519481
File No.   2:20-CV-11088-JMV

||| 517850

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Plaintiff**
TSMA FRANCHISE SYSTEMS, INC.

vs

**Defendant**
TS OF KINGS HIGHWAY INC., ET AL

DOCKET NO. 2:20-CV-11088

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Person to be served: DINA COSTA

Address:
53 HOWELL PLACE
KEARNY NJ 07032

Attorney:
SATTIRAJU & THARNEY, LLP
50 MILLSTONE RD. BUILDING 300, SUITE 202
EAST WINDSOR NJ 08520

Papers Served:
SUMMONS ON A THIRD-PARTY COMPLAINT DEFENDENTS' AMENDED ANSWER, SEPARATE DEFENSES, COUNTERCLAIM AND THIRD-PARTY COMPLAINT

**Service Data:**

Served Successfully ✓   Not Served ___   Date: 11-18-2020   Time: 8:10pm   Attempts: ___

___ Delivered a copy to him/her personally

✓ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

Name of Person Served and relationship/title: Bruno Raposo — Brother

___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Age: 40   Height: 6'   Weight: 230   Hair: Bald   Sex: male   Race: Hispanic

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                                Date _____ Time
                                Date _____ Time
( ) Other: _____   Comments or Remarks: _____

Subscribed and Sworn to me this 20 day of NOV 2020

Notary Signature: *Melissa Giambattista*

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

I, WILLIE PRYOR, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server: *Willie Pryor*   Date: 11-20-2020

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700   Fax (973) 403-9222

Work Order No.   517850
File No.   2:20-CV-11088