**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TSMA FRANCHISE SYSTEMS, INC., *Plaintiff*, v. TS OF KINGS HIGHWAY INC. and SEAN NOLAN, *Defendants*. TS OF KINGS HIGHWAY INC. and SEAN NOLAN, *Counterclaimants/Third-Party Plaintiffs*, v. TSMA FRANCHISE SYSTEMS, INC., *Counterclaim Defendant* and DANIEL SCHULMANN, ANTHONY VISCOVICH, BRYAN GOTTHOFFER, MIKE SACHS, DINA COSTA, and RAY ROUSA, *Third-Party Defendants*. | Civil Action No. 20-11088 (JMV) (JBC) **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 28th day of June, 2021,

**ORDERED** that Plaintiff TSMA Franchise and Third-Party Defendant Bryan Gotthoffer's motion to dismiss the Third-Party Complaint and Counterclaims, D.E. 15 is **GRANTED in part and DENIED in part**; and it is further

**ORDERED** that Third-Party Defendants' Anthony Viscovich, Mike Sachs, and Dina Costa's motion to dismiss the Third-Party Complaint and Counterclaims, D.E. 21, is **GRANTED in part and DENIED in part**; and it is further

**ORDERED** that Counts Three and Four are **DISMISSED without prejudice** insofar as they allege fraud and misrepresentations concerning the anticipated revenue and profits to be generated by the Bensonhurst location; and it is further

**ORDERED** that Counts Seven and Eight are **DISMISSED without prejudice**; and it is further

**ORDERED** that Counts Three, Four, Five, and Six are **DISMISSED without prejudice** as against Viscovich, Sachs, and Costa; and it is further

**ORDERED** that Defendants have thirty (30) days to file an amended pleading addressing the deficiencies noted in the accompanying Opinion; and it is further

**ORDERED** that if Defendants fail to file an amended pleading within the allotted time period, the matters dismissed without prejudice will be dismissed with prejudice; and it is further

**ORDERED** that within ten (10) days of the date of this Order, the parties shall contact the United States Magistrate Judge as to further scheduling.

John Michael Vazquez, U.S.D.J.